**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**CRIMINAL ACTION NO. 03-55-JBC**

**UNITED STATES OF AMERICA,**                                                          **PLAINTIFF,**

**V.**                 **MEMORANDUM OPINION AND ORDER**

**ROBERT A. COFFEY, ET AL.,**                                               **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

The defendant, Vernon Kinman, filed a motion to vacate his federal conviction and sentence for mail and wire fraud pursuant to 28 U.S.C. § 2255 *pro se*. The court referred that motion to United States Magistrate Judge J. Gregory Wehrman who issued a Report and Recommendation. The court, having reviewed the record *de novo* in light of the objections filed by Mr. Kinman, 28 U.S.C. § 636(b)(1)(C), and being otherwise sufficiently advised, will accept the magistrate judge's findings of fact and conclusions of law and will deny the defendant's motion.

Pursuant to a plea agreement, the defendant pled guilty to Counts 2, 5, and 30 of indictment alleging mail and wire fraud. The agreement contained a waiver of appeal and a prohibition against collateral attack on the judgment. In his motion, the defendant challenges his conviction and sentence solely on the basis of the Supreme Court's decisions in *Blakely v. Washington*, 124 S.Ct. 2531 (2004) and *United States v. Booker*, 125 S.Ct. 738 (2005). The magistrate judge recommended denying the defendant's motion because he expressly waived the right to collaterally attack his conviction and sentence and because the basis of his challenge is without merit since

*Blakely* and *Booker* are not retroactively applicable on collateral review. The magistrate judge's analysis of the issues presented is correct and the court adopts his Report and Recommendation as the opinion of the court. Accordingly,

**IT IS ORDERED** that the magistrate judge's Report and Recommendation (DE 67) is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the defendant's motion to vacate his sentence and conviction (DE 65) is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **STRICKEN** from the court's active docket.

Signed on July 19, 2005



JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY